UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NFN NEELAM,<br><br>        Petitioner,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, in his capacity as Warden of the California City Correctional Facility; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; SERGIO ALBARRAN, in his official capacity as Acting Field Office Director, San Francisco Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; TODD BLANCHE, in his official capacity as Acting Attorney General,<br><br>        Respondents. | Case No.  1:26-cv-03574  (VC)<br><br>**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Re: Dkt. No. 1 |

The Court is in receipt of Petitioner's Writ of Habeas Corpus ("Petition"). Respondents shall file a response to the Petition within three (3) calendar days from the date of this Order. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a reply within five (5) calendar days from the date of this Order. Respondents are prohibited from deporting the Petitioner or removing her from the Eastern District of California while the Petition is pending. The matter is not set for a hearing, though the Court may set one should it later be determined that a hearing is necessary.

Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____

VINCE CHHABRIA
United States District Judge